**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------X
ABDUL KARIM WALL,

                Plaintiff,                            07 CIVIL 7549 (DAB)

      -against-                                       **JUDGMENT**

CHELSEA PLASTICS, GEORGE FRECHTER,
Owner, and SHIRLEY ROSE, Vice President,

                Defendants.
------------------------------------------------------X

**SCANNED**

Whereas on March 5, 2008, the Honorable Theodore H. Katz, United States Magistrate Judge, having issued a Report and Recommendation (the "report") recommending that plaintiff's claims be dismissed and that summary judgment be entered on behalf of Defendants, and the matter having come before the Honorable Deborah A. Batts, United States District Judge, and the Court, on May 9, 2008, having rendered its Order adopting the report, entering summary judgment in favor of defendant Chelsea Plastics, and dismissing the claims against it, and dismissing plaintiff's claims against defendants Frechter and Rose, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 9, 2008, the report is adopted; summary judgment is entered in favor of defendant Chelsea Plastics, and the claims against it is dismissed; and plaintiff's claims against defendants Frechter and Rose are dismissed; accordingly, the case is closed.

**Dated:** New York, New York
          May 13, 2008

                                              **J. MICHAEL McMAHON**
                                                    **Clerk of Court**
                        **BY:**

                                                    **Deputy Clerk**

**THIS DOCUMENT WAS ENTERED**
**ON THE DOCKET ON** _____