```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
ABDUL KARIM WALI,

                Plaintiff,

        -against-                          07 Civ. 7549 (DAB)(THK)
                                                    ORDER
CHELSEA PLASTICS, et al.

                Defendants.
------------------------------------X
```

DEBORAH A. BATTS, United States District Judge.

The Court is in receipt of Plaintiff's Declaration in Support of his Request for Leave to Appeal In Forma Pauperis, as well as his supporting Affidavit. Plaintiff's request to file his appeal in forma pauperis is hereby GRANTED.

SO ORDERED.

Dated:   New York, New York
         June 24, 2008

                                           _____
                                           DEBORAH A. BATTS
                                           United States District Judge