```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-8-10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
ABDUL KARIM WALI,

                Plaintiff

    -against-                07 Civ. 7549 (DAB)(THK)
                              ADOPTION OF REPORT
CHELSEA PLASTICS,          AND RECOMMENDATION

                Defendant.
------------------------------------------x
DEBORAH A. BATTS, United States District Judge.

    This matter is before the Court upon a Report and Recommendation ("Report") of United States Magistrate Judge Theodore H. Katz, which was filed June 8, 2010. The Report recommends that Defendant's Motion for Summary Judgment be GRANTED and that the Amended Complaint be dismissed with prejudice. (Report at 15.)

    Pursuant to 28 U.S.C. § 636(b)(1)(C), "[w]ithin fourteen days after being served with a copy [of a Magistrate Judge's Report and Recommendation], any party may serve and file written objections to such proposed findings and recommendations..." 28 U.S.C. § 636(b)(1)(C); see also Fed. R. Civ. P. 72(b)(2). The district court may adopt those portions of the report to which no timely objection has been made, so long as there is no clear error on the face of the record. See 28 U.S.C. § 636(b)(1)(A); Wilds v. United Parcel Serv., Inc., 262 F.Supp.2d 163, 169

(S.D.N.Y. 2003). To date, the Plaintiff has filed no objections to said Report and Recommendation.

Having reviewed the Report and Recommendation and finding no clear error on the face of the record, see 28 U.S.C. § 636(b)(1)(A), it is hereby

ORDERED AND ADJUDGED as follows:

1. The Report and Recommendation of United States Magistrate Judge Theodore H. Katz dated June 8, 2010 be and the same hereby is approved, adopted, and ratified by the Court;

2. Defendant's Motion for Summary Judgment is GRANTED;

3. The Clerk of the Court is directed to CLOSE the docket in this matter.

SO ORDERED.

Dated:   New York, New York

July 7, 2010

Deborah A. Batts
United States District Judge